**Order entered November 16, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00446-CR
No. 05-15-00447-CR
No. 05-15-00448-CR
No. 05-15-00449-CR
No. 05-15-00450-CR
No. 05-15-00451-CR

**ROGER LADALE FORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-55016-U, F14-55017-U, F14-55018-U,**
**F14-55019-U, F14-55020-U, F14-55021-U**

## ORDER

Before the Court is the State of Texas's second motion to extend the time for filing its brief, which accompanied the State's second motion. We **GRANT** the motion, deem the brief timely filed, and **DIRECT** the Clerk to file the State's brief as of November 13, 2015.

/s/     ELIZABETH LANG-MIERS
PRESIDING JUSTICE